OPINION — AG — THE SCHOOL DISTRICT YOU MENTIONED IS WITHOUT LAWFUL AUTHORITY TO COMPLY WITH THE REQUEST OF THE FEDERAL GOVERNMENT FOR REPAYMENT OF THE AMOUNT CLAIMED BY THE FEDERAL GOVERNMENT TO HAVE BEEN OVERPAID TO THE SCHOOL DISTRICT UNDER PUBLIC LAW 874, AND THAT IT SHOULD DECLINE TO COMPLY WITH THE REQUEST FOR SUCH REPAYMENT EXCEPT IN PURSUANCE OF A VALID JUDGEMENT BY A COURT OF COMPETENT JURISDICTION. CITE: 70 O.S.H. 1-19 (J. H. JOHNSON)